UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. JOSEPH,

    Plaintiff,

                                                                                Case No. 1:07-cv-541

v

                                                                                Hon. Wendell A. Miles

ICG CASTINGS, INC., d/b/a
INVERNESS CASTING GROUP, INC.,

    Defendant.

_____/

## JUDGMENT

    The motion of defendant ICG Castings, Inc. for summary judgment is granted, and this action is dismissed with prejudice in its entirety.

    Entered this 2nd day of December, 2008.

                                                                    /s/ Wendell A. Miles
                                                                  Wendell A. Miles, Senior Judge